IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02593-RPM

MARIA SALAZAR,

    Plaintiff,

v.

HEALTHONE OF DENVER, INC.,

    Defendant.

_____

## ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

    Upon consideration of the response to the Court's Order to Show Cause [6] filed on March 23, 2012, it is

    ORDERED that this Court's Order to Show Cause entered on March 15, 2012, is discharged.

    DATED: March 26th, 2012

                                   BY THE COURT :

                                   s/Richard P. Matsch
                                   _____
                                   Richard P. Matsch, Senior District Judge