IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02593-RPM

MARIA SALAZAR,

    Plaintiff,

v.

HEALTHONE OF DENVER, INC.,

    Defendant.

_____

## ORDER FOR FILING AMENDED COMPLAINT
_____

On May 3, 2012, the defendant filed a motion to dismiss under Fed.R.Civ. P. 12(b)(6) for the insufficiency of the complaint to allege facts to support the claims made [12]. The plaintiff responded and filed a motion to allow amended complaint, on May 24, 2012, tendering the proposed amended pleading. It is now

ORDERED that the motion to allow amended complaint is granted , the Amended Complaint [14-2] is filed and the defendant's motion to dismiss the original complaint is moot.

DATED: May 25th , 2012

                BY THE COURT :

                s/ Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge