# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

**Civil Action No. 1:11-cv-02593-RPM**

MARIA SALAZAR,

      Plaintiff,

v.

HEALTHONE OF DENVER, INC.,
a Colorado corporation

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER having come before the Court on Plaintiff, Maria Salazar's and Defendant HealthONE of Denver, Inc.'s Stipulated Notice of Dismissal With Prejudice, and the Court being fully advised hereby ORDERS this case is dismissed with prejudice and each party to pay their own costs and attorney fees.

Dated this 14th day of January, 2013.

                                                  BY THE COURT

                                                  s/Richard P. Matsch

                                                  _____
                                                  Richard P. Matsch
                                                  United States District Court Judge